UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SMART STUDY CO., LTD,

        *Plaintiff*,

-*against*-                         21-CV-3942 (PAC)
                                  21-CV-3944 (PAC)
BABY TOO STORE, et al.,

                                  **ORDER**

        *Defendants*.

------------------------------------------------------------X

      IT IS HEREBY ORDERED that these cases be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

Dated: New York, New York          SO ORDERED
       May 26, 2021

                                      HONORABLE PAUL A. CROTTY
                                      UNITED STATES DISTRICT JUDGE